IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-02198-AP**

**RONALD A. BERT,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

## ORDER

Kane, J.

The Unopposed Motion for EAJA Attorney's Fees, filed July 13, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of $3,418.80.

Dated at Denver, Colorado, this 14th day of July, 2005.

BY THE COURT:

S/JOHN L. KANE
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT