IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **04-AP-2198**

**RONALD A. BERT,**

Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion for Attorney Fees (doc. #17), filed July 18, 2005, is DENIED AS MOOT.  This court has already granted plaintiff's identical motion (doc. #15), filed July 13, 2005.  *See* Order dated July 14, 2005 (doc. #16).

---

Dated:  July 19, 2005